ley affirmed. Costs to respondents. Settle order on notice.

LAUGHLIN, J., dissents.

GAETJENS, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Edmund F. Gaetjens, an infant, etc., against the City of New York and others. No opinion. Reargument ordered, and case set down for Thursday, January 7, 1909.

GAITINGS, Appellant, v. BROOKLYN, Q. O. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Margaret M. Gaitings against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GELOFF v. MORGENROTH. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Morris Geloff against Julius Morgenroth. No opinion. Reargument denied. Leave to appeal to Court of Appeals granted. Order filed.

In re GENEY. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of Hyppolite A. Geney. No opinion. Report confirmed. Settle order on notice.

GEORGE RINGLER & CO., Appellant, v. MOHL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by George Ringler & Co. against Henry Mohl. J. A. Hodge, for appellant. D. M. Neuberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 115 App. Div. 549, 101 N. Y. Supp. 454.

GERARD, Appellant, v. HARNED, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Daniel M. Gerard against Francenia Harned. No opinion. Judgment affirmed, with costs.

In re GIBSON's WILL. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) In the matter of the last will and testament of Martha Gibson, deceased. No opinion. Motion denied, without costs.

GIEGERICH, Respondent, v. KUHNLA, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Fred W. Giegerich against August Kuhnla. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the authority of Loretz v. Metropolitan Street R. Co., 34 App. Div. 1, 53 N. Y. Supp. 1059.

GILCHRIST v. LANG et al. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by William K. Gilchrist against Jacob G. Lang and others. No opinion. Motion denied, with $10 costs. Order filed.

GILROY, Appellant, v. MULLEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Mary E. Gilroy, as administratrix of Annie B. Gilroy, deceased, against Andrew Mullen. No opinion. Judgment affirmed, with costs.

GINSBURG et al., Appellants, v. POTRUCH, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Ginsburg and another against Aaron Potruch. No opinion. Judgment affirmed, with costs.

GLASS, Respondent, v. SANBORN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Bertha Glass against Addison S. Sanborn. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, because of the error in the rejection of evidence of the defendant's counterclaim.

GOLD, Respondent, v. LERNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Joseph Gold against Charles Lerner and another. No opinion. Motion granted, without costs. The first three amendments, being consented to, are allowed. We think the fourth, also, is proper. Settle order on notice before Mr. Justice JENKS.

GOLDMARK, Respondent, v. UNITED STATES ELECTRO–GALVANIZING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Godfrey Goldmark against the United States Electro-Galvanizing Company. D. Gerber, for appellant. T. L. Frothingham, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOLDMARK v. UNITED STATES ELECTRO-GALVANIZING CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Godfrey Goldmark against the United States Electro-Galvanizing Company. No opinion. Motion denied, with $10 costs. Order filed.

GORDON v. FARRELL. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Joseph Gordon against Frank J. Farrell. No opinion. Motion denied on terms stated in order. Order filed.

In re GRADE DAMAGE COMMISSION. (Supreme Court, Appellate Division, First De-

partment. December 18, 1908.) In the matter of the Grade Damage Commission. With this case has been consolidated in this court cases bearing titles as follows: In re Astor; In re Gainsborg; In re De Vinne; In re Geiszler; In re Morrison; In re Sauter; In re Tinsley; In re Wilcox (two cases). No opinions. Motions granted. Settle orders on notice.

In re GRADE DAMAGE COMMISSION. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of the Grade Damage Commission. With this case has been consolidated in this court cases bearing titles as follows: In re Hand; In re Brennan; In re Payne; In re Miller; In re Callahan; In re Daly; In re Naughton; In re Jennings. No opinions. Motions granted. Settle order on notice.

GRAHAM, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Edward J. Graham against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRANT, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Ann F. Grant, as administratrix, against the Delaware, Lackawanna & Western Railroad Company. F. Q. Thomson, for appellant. W. S. Haskell, for respondent.
PER CURIAM. Judgment and order affirmed; with costs. Order filed.
INGRAHAM, J., dissents.

In re GRAVES. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) In the matter of the application of Frank L. Graves for admission to the bar. No opinion. Application granted.

GRAY et al., Respondents, v. SHERMAN, Appellant et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Louis D. Gray and another against William G. Sherman and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRAY, Respondent, v. WANKE, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Almon Nelson Gray against Charles L. Wanke. No opinion. Judgment affirmed, with costs.

GRAY, Respondent, v. WEBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Almon Nelson Gray against John W. Weber and another. No opinion. Judgment affirmed, with costs.

GREEN, Appellant, v. FISS, DOERR & CARROLL HORSE CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Patrick F. Green against the Fiss, Doerr & Carroll Horse Company. No opinion. Motion to dismiss appeal granted, with costs.

GREENBURG, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Alexander B. Greenburg against Barnett Goldstein. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREENFELD, Appellant, v. RICKERT-FINLAY REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Davis Greenfeld against the Rickert-Finlay Realty Company and another. No opinion. It is for the plaintiff to try his case, and not attempt to have it determined on conflicting affidavits. Order affirmed, with $10 costs and disbursements.

GRIFFIN et al., Respondents, v. AMERICAN TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Delia Griffin and another against the American Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

GRIFFIN, Respondent, v. ERNST, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Henry C. Griffin against Gustav Ernst, impleaded with others. E. Herrmann, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs, on 124 App. Div. 289, 108 N. Y. Supp. 816. Order filed.

GRIMM, Respondent, v. DEMUTH GLASS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William Grimm against the Demuth Glass Manufacturing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRINIS, Respondent, v. NATIONAL SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Yurgis Grinis against the National Sugar Refining Company. No opinion. Judgment and order unanimously affirmed, with costs.

GUBNER v. McCLELLAN. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Adolph C. Gubner against George B. McClellan. No opinion. Motion denied on terms stated in order. Order filed.